ORIGINAL

Approved: _____
CHRISTOPHER J. CLORE
Assistant United States Attorney

Before:   THE HONORABLE DEBRA FREEMAN
          United States Magistrate Judge
          Southern District of New York

18 MAG 8379

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :   **SEALED COMPLAINT**

        - v. -                   :   Violations of
                                     18 U.S.C. §§ 922(g)(1)
HASSAN ROMEO,                    :   and (2)

              Defendant.         :   COUNTY OF OFFENSE:
                                     BRONX

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

    JAMES RODRIGUEZ, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

COUNT ONE

    1. On or about September 2, 2018, in the Southern District of New York, HASSAN ROMEO, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm, to wit, a Ruger LCP .380, which had previously been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Sections 922(g)(1) and (2).)

    The bases for my knowledge and for the foregoing charge are, in part, as follows:

    2. I have been involved in the investigation of the above-described offense. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, including my review of pertinent documents, and from my conversations with fellow law enforcement officers. Because this complaint is being submitted for the limited purpose

2

of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. I have spoken with two NYPD police officers from the 44th Precinct ("Officer-1" and "Officer-2," together, the "Officers") who have been involved in this investigation. I have also reviewed reports and records prepared by other law enforcement officers. Based on my conversations with the Officers and my review of reports and records, I have learned the following information, in substance and in part:

a. On or about September 2, 2018, at approximately 11:00 p.m., the Officers were in an unmarked vehicle (the "Vehicle") on patrol on West 166th Street between Summit and Ogden Avenues, heading westbound towards Summit Avenue. The Officers were driving slowly with the Vehicle's front windows down. Officer-1 was driving and Officer-2 was in the front passenger seat.

b. The Officers observed HASSAN ROMEO, the defendant, whom law enforcement knew from prior interactions, walking eastbound towards Ogden Avenue on the north side of West 166th Street. ROMEO was wearing a blue baseball cap, a blue polo shirt with red markings, and dark-colored cargo shorts, and carrying a black plastic bag that had been knotted at the top (the "Black Bag").

c. ROMEO appeared nervous as the Officers drove by and he continued to look back at the Officers as they passed him. As the Officers continued driving, they observed ROMEO approach a silver Hyundai sedan parked on the street (the "Hyundai") and bend down. Officer-1 then heard a noise and advised Officer-2, in substance and in part, that Officer-1 believed that ROMEO had dropped something.

d. Officer-1 stopped the Vehicle, and Officer-2 got out and began walking towards the Hyundai. As Officer-2 got closer, Officer-2 observed ROMEO walking quickly towards Ogden Avenue – away from the Officers. ROMEO looked back at Officer-2 approximately twice while continuing to walk. Officer-2 also observed that ROMEO was not holding the Black Bag.

3

e. Officer-2 searched the area using a flashlight and observed the Black Bag in the front passenger wheel well of the Hyundai. Officer-2 touched the bag and immediately recognized that it contained a firearm (the "Firearm"). Officer-2 yelled to Officer-1, in substance and in part, that Officer-2 had recovered a firearm. Officer-2 then observed ROMEO begin running towards Ogden Avenue.

f. Officer-2 grabbed the Black Bag and placed it in his back pocket. Officer-2 then began to chase ROMEO on foot towards Ogden Avenue. Officer-1, who was still in the Vehicle, made a U-turn on West 166th Street and Summit Avenue and pursued ROMEO.

g. The Officers observed ROMEO make a left onto Ogden Avenue and enter the lobby of 1133 Ogden Avenue (the "Lobby"). By the time the Officers entered the Lobby they had lost sight of ROMEO.

4. I have reviewed surveillance videos recorded on September 2, 2018, collected from 1133 Ogden Avenue, which show the following, in substance and in part:

a. At approximately 11:00 p.m., an individual matching ROMEO's description enters the vestibule of 1133 Ogden Avenue and runs towards the door leading to the Lobby (the "Vestibule Video"). A still image from the Vestibule Video is below:



4

      b.    At approximately 11:01 p.m., an individual matching ROMEO's description enters the Lobby and runs towards the elevators (the "Lobby Video"). A still image from the Lobby Video is below:



      5.    Based on my conversations with the Officers, I know that the Officers reviewed the Surveillance Videos and identified the individual in the videos as Hassan Romeo, the defendant.

      6.    As part of my investigation of this matter, I have been informed by the United States Bureau of Alcohol, Tobacco and Firearms ("ATF"), which has data on the manufacturing of firearms, that the Firearm, a Ruger LCP .380, was not manufactured in the State of New York.

      7.    I have reviewed criminal history records pertaining to HASSAN ROMEO, the defendant, and learned that ROMEO was convicted on or about January 23, 2003, in Bronx County Supreme Court, for Robbery in the Second Degree, in violation of New York Penal Law § 160.10, a class C felony, which is punishable by imprisonment for more than one year.

5

WHEREFORE, deponent respectfully requests that HASSAN ROMEO, the defendant, be arrested, and imprisoned or bailed, as the case may be.

_____
Detective James Rodriguez
New York City Police Department

Sworn to before me this
2nd day of October, 2018

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK